FILED

MAR 16 2020

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 20-mj-8048-GCS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ELVIN L. LUGO-CALES, and, | ) | **FILED UNDER SEAL** |
| JOHNNY J. COLLADO, | ) | |
| | ) | |
| Defendants. | ) | |

## CRIMINAL COMPLAINT

I, Barry Jones, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### Conspiracy to Commit Bank Fraud – 18 U.S.C. §1349

On or about March 5, 2020, in Madison County, within the Southern District of Illinois,

### ELVIN L. LUGO-CALES and JOHNNY J. COLLADO,

defendants herein, and others both known and unknown, did knowingly and willfully combine, conspire, confederate and agree among themselves and each other to devise and execute a scheme and artifice to obtain money and funds owned by, and in the custody and control of, U.S. Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

All in violation of Title 18, United States Code, Section 1349.

### COUNT 2

### Aggravated Identity Theft – 18 U.S.C. §1028A(a)(1)

On or about March 5, 2020, in Madison County, within the Southern District of Illinois,

### ELVIN L. LUGO-CALES,

defendant herein, knowingly possessed, without lawful authority, a means of identification of another person, namely a U.S. Bank account number, issued to an individual with the initials G.B., the defendant's possession of that means of identification was during and in relation to a felony violation enumerated in 18 U.S.C. § 1028(c), namely conspiracy and bank fraud, and the defendant knew that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3

### Aggravated Identity Theft – 18 U.S.C. §1028A(a)(1)

On or about March 5, 2020, in Madison County, within the Southern District of Illinois,

### JOHNNY J. COLLADO,

defendant herein, knowingly possessed, without lawful authority, a means of identification of another person, namely an Oregon driver's license number, issued to an individual with the initials I.H., the defendant's possession of that means of identification was during and in relation to a felony violation enumerated in 18 U.S.C. § 1028(c), namely conspiracy and bank fraud, and the defendant knew that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## AFFIDAVIT

1. I further state that I am a detective with the Edwardsville Police Department ("EPD"), and that I have been employed with EPD since 2006. My duties as an EPD detective include the investigation of fraud schemes within Edwardsville, Illinois. In that capacity, I have recently investigated the suspected fraudulent activity of **ELVIN L. LUGO-CALES** and **JOHNNY J. COLLADO**.

2. The information set forth in this affidavit includes information provided to me by other law enforcement officers and my own personal observations and interviews of witnesses.

3. This affidavit is made solely for the purpose of establishing probable cause and does not set forth every single fact that has been gathered during the course of this investigation.

Specifically, this affidavit does not reference every witness who has been interviewed and every document that has been reviewed. In addition, for the witnesses who are referenced, this affidavit does not contain every statement made by those witnesses.

4. On March 5, 2020, EPD officers were dispatched to U.S. Bank, located at 1411 Lewis Road, in Edwardsville, Illinois, after receiving a forgery complaint. According to U.S. Bank teller, Witness A, a male customer, later identified as **LUGO-CALES**, entered the bank and attempted to cash a fraudulent Bank of America check in the amount of $3,650.00 made payable to an individual with the initials G.B. The check appeared to be endorsed by G.B. and included G.B.'s social security number and U.S. Bank account number written on the back. As identification, **LUGO-CALES** presented to Witness A, a United States passport card. The passport card appeared to be issued in the name of G.B., but bore the photograph of **LUGO-CALES**.

5. While conducting the transaction, Witness A noticed that **LUGO-CALES** spoke with a foreign accent. Witness A determined the check was counterfeit, and recalled a recent work e-mail alerting U.S. Bank employees of a subject attempting to cash fraudulent checks in the St. Louis area. Witness A determined that the check was fraudulent and suspected that **LUGO-CALES** was the subject referenced in the e-mail. She began delaying the transaction so local police could be notified. But before the police could arrive, **LUGO-CALES** left the bank without completing the transaction and without the check and passport card. Witness A observed **LUGO-CALES** walk west on Lewis Road and possibly get into the passenger side of a red car.

6. EPD officers later determined that the social security number written on the back of the fraudulent Bank of America check belonged to G.B., who is an actual U.S. Bank customer in Colorado. U.S. Bank also provided EPD with the work e-mail referenced by Witness A, which includes copies of similar checks and identifications with pictures resembling **LUGO-CALES**.

7. EPD officers responded to the U.S. Bank in Edwardsville and interviewed Witness A. During the interview, the EPD officers received a call that a red car was stopped with two men believed to be the male customer and his driver. The driver of the red car was identified as

COLLADO and the passenger was identified as LUGO-CALES. Witness A went with EPD officers to the scene of the traffic stop and positively identified LUGO-CALES as the male customer who attempted to cash the fraudulent check using G.B.'s name, social security number, and account information. The car that COLLADO and LUGO-CALES were pulled over in was a red Mazda 6. The car was registered to an individual with initials L.H. in St. Louis, Missouri. During the stop, COLLADO and LUGO-CALES gave the EPD officer identification cards indicating they are residents of New York and Florida, respectively. The EPD officer also noticed their foreign accents matched the description provided by Witness A.

8. COLLADO and LUGO-CALES claimed they were traveling in the St. Louis area and denied going to U.S. Bank. After Witness A positively identified LUGO-CALES, EPD officers arrested LUGO-CALES and detained COLLADO for further investigation. Both were subsequently transported to EPD for booking.

9. At EPD, officers found $1,610.00 cash in LUGO-CALES's wallet. The cash was comprised mostly of crisp $100 bills. EPD officers found $2,800.00 in COLLADO's right rear pants pocket.

10. COLLADO was transferred to Madison County Jail and placed on felony hold. A body scan revealed an abnormal rectangular shape near COLLADO's crotch. Madison County Jail staff conducted a further search of COLLADO and found $22,732.00 cash, a United States Passport with LUGO-CALES's photograph in the name of an individual with P.S., a Discover card in the name P.S., an Oregon driver's license with LUGO-CALES's photograph in the name of an individual with L.H., a Discover card in the name L.H., and nineteen (19) blank checks with various names and accounts numbers, all of which used the same template as the check presented to Witness A at U.S. Bank.

11. EPD later determined the Oregon driver's license number on the driver's license found on COLLADO belonged to an actual person with the initials L.H.

12. Based upon foregoing, there is probable cause to believe that on March 5, 2020,

LUGO-CALES and COLLADO conspired with each other and others to defraud U.S. Bank, in Edwardsville, Illinois, all in violation of Title 18, United States Code, Section 1349.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Sergeant Barry Jones
Edwardsville Police Department

State of Illinois )
) SS.
County of St. Clair )

Sworn to before me and subscribed on March 16, 2020, in East St. Louis, Illinois.

_____
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

_____
LUKE J. WEISSLER
Assistant United States Attorney

The written affidavit was submitted by reliable electronic means and attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1.